UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                        **Chapter 7**

**THE DESIGNER COLLECTION
PLUS INC.,**

                                              **Case No. 05-46931 (REG)**

                    Debtor.

---

## STATEMENT OF UNPAID DISTRIBUTION CHECKS

**TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
          SOUTHERN DISTRICT OF NEW YORK**

ROBERT L. GELTZER, the Trustee herein, respectfully represents and alleges:

1.      On or about April 23, 2010, a final distribution was made to the creditors of the estate of THE DESIGNER COLLECTION PLUS INC.

2.      More than ninety (90) days have elapsed since the distribution of these checks and the Trustee finds that a certain check has not cleared the Trustee's account.

3.      The Trustee has a current net balance of $130.33.  Subjoined as Schedule "A" is a list of the claimant whose check has not cleared the Trustee's bank account and which comprises the balance in the Trustee's account.

4.      Attached hereto is estate check #1010 in the sum of $130.33, which the Trustee desires to deposit with the Clerk of this Court in accordance with Section 347 of Title 11 of the United States Code and Bankruptcy Rule 3011.

Dated:      May 17, 2011
            New York, New York

                                        ROBERT L. GELTZER (RG 4656)
                                        Chapter 7 Trustee

**RE:** **THE DESIGNER COLLECTION PLUS INC.**
**CASE NO.** **05-46931 (REG)**

**Schedule "A"**

**UNDEPOSITED DIVIDEND CHECKS**

New York State Department of                                      $130.33
Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205

TOTAL:                          **$130.33**



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**Union Bank**

CHECK NUMBER

ROBERT L. GELTZER
1556 THIRD AVENUE, SUITE 505
NEW YORK, NY 10128

445 South Figueroa Street, G08-070 / Los Angeles, California 90071

**1010**

UNCLAIMED DIVIDENDS
Claim No. 7

| DATE | AMOUNT |
|------|--------|
| 05/15/11 | S*********130.33 |

| CASE NUMBER | DEBTOR |
|-------------|--------|
| 05-46931  REG | THE DESIGNER COLLECTION PLUS INC |

PAY TO THE ORDER OF

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004

One Hundred Thirty Dollars And 33/100

Robert L. Geltzer, Trustee
Void After 90 Days

⑈0 ⑈0 ⑈0 ⑈0 ⑈ ⑈⑈ ⑈ 2 2000 ⑈96 ⑈ 2 ⑈3 ⑈⑈ 22 70 7 ⑈

---

| Date: 05/15/11 | Check Number: 1010 | Amount: 130.33 |
|----------------|---------------------|----------------|

Debtor Name: THE DESIGNER COLLECTION PLUS INC
Case Number: 05-46931    REG

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ONE BOWLING GREEN<br>NEW YORK, NY 10004 | ROBERT L. GELTZER<br>1556 THIRD AVENUE, SUITE 505<br>NEW YORK, NY 10128 |
|---|---|---|

Description:   UNCLAIMED DIVIDENDS  Claim No. 7

Bank Account Number:  2131422707

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                      **Chapter 7**

**THE DESIGNER COLLECTION
PLUS INC.,**                                **Case No. 05-46931 (REG)**

Debtor.

## STATEMENT OF UNPAID
## DISTRIBUTION CHECK(S)

ROBERT L. GELTZER

CHAPTER 7 TRUSTEE

1556 Third Avenue
Suite 505
New York, New York 10128
(212) 410-0100

LAW OFFICES OF

ROBERT L. GELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

May 17, 2011

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Clerk of the Court

Re:   **THE DESIGNER COLLECTION PLUS INC.
      CASE NO. 05-46931 (REG)**

Dear Sir/Madam:

Enclosed herewith please find Trustee's Statement of Unpaid Distribution Check(s) and estate check #1010 in the amount of $130.33, which represents the balance of funds held by the Trustee.

As always, I thank you for your courtesy and attention to this matter. With kind regards, I remain

Sincerely,

Robert L. Geltzer

Enclosure(s)

cc:   Danny Choy